22 F.3d 903
 Patrick J. MURPHY, et al., Plaintiffs-Appellees,
v.
FEDERAL DEPOSIT INSURANCE CORPORATION, et al.,
Defendants-Appellants.
Patrick J. MURPHY, an individual; Murphy's Markets, Inc., a
California corporation; Ramsey Marketing and Management Co.
("Ramco"); aka: Ramsay Marketing and Management Co., a
California corporation, Plaintiffs-Appellants,
v.
FEDERAL DEPOSIT INSURANCE CORPORATION, et al., Defendants-Appellees.
FEDERAL DEPOSIT INSURANCE CORPORATION; First National Bank,
Plaintiffs-Appellees,
v.
Patrick J. MURPHY, Defendant-Appellant.
 Nos. 91-15511, 91-15640 and 91-15642.
 United States Court of Appeals,
Ninth Circuit.
 April 20, 1994.
 
 Prior Report: 12 F.3d 1485.
 Before: WALLACE, Chief Judge.
 
 ORDER
 
 1
 Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3.